JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 736 -- In re Copyright Litigation Involving Satellite Broadcast Networks, Inc.

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/10 | 1 | MOTION, BRIEF, SCHEDULE A-1 THRU A-5 -- SATELLITE BROADCAST NETWORKS, INC., -- SUGGESTED TRANSFEREE DISTRICT; SOUTHERN DISTRICT OF NEW YORK. (tmq) |
| 87/06/19 | | HEARING ORDER -- Settting motion to transfer for Panel Hearing on July 23, 1987, Boston, Massachusetts. (paa) |
| 87/06/19 | | APPEARANCE: MAX O. TRUITT, JR., ESQ. for Capital Cities/ABC, Inc., American Broadcasting Companies, Inc. and ABC Sports, Inc.; JEROME J. SHESTACK, ESQ. for National Broadcasting Company, Inc.; DAVID J. WITTENSTEIN, ESQ. for NBC Television Affiliates; DAVID H. FLINT, ESQ. for Satellite Broadcast Networks, Inc.; GREGORY M. SCHMIDT, ESQ. for CBS Television Network Affiliates Association. (tmq) |
| 87/06/19 | | APPEARANCE: GEORGE R. CLARK, ESQ. for Pacific and Southern Company, Inc. and KPNX Broadcasting Company. (tmq) |
| 87/06/25 | 2 | RESPONSE/BRIEF (to pldg.#1) -- National Broadcasting Company, Inc. -- w/cert. of svc. (tmq) |
| 87/06/25 | 3 | RESPONSE (to pldg.#1) -- Pltfs. Capital Cities/ABC, Inc., et al. and CBS Television Network Affiliates Association, et al. -- w/cert. of svc. (tmq) |
| 87/06/25 | 4 | RESPONSE (to pldg.#1) -- Pacific and Southern Southern Company, Inc., et al. -- w/cert. of svc. (tmq) |
| 87/07/23 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING: NBC Television Affiliates; CBS Television Newtork Affiliates Association. (tmq) |
| 87/07/23 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: DAVID H. FLINT, ESQ. for Satellite Broadcast Networks, Inc.; JEROME J. SHESTACK, ESQ. for National Broadcasting Company, Inc.; GEORGE R. CLARK, ESQ. for Pacific and Southern Company, KPNX Broadcasting Company; JOHN PAYTON, ESQ. for Capital Cities/ABC, Inc., American Broadcasting Companies, Inc. ABC Sprots, Inc. (tmq) |
| 87/08/05 | | ORDER DENYING TRANSFER -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 736 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Copyright Litigation Involving Satellite Broadcast Networks, Inc.

## SUMMARY OF LITIGATION

| Hearing Dates July 23, 1987 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 5, 1987 | MO | unpublished | | | |

Special Transferee Information

DATE CLOSED: 8/5/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 736 -- In re Copyright Litigation Involving Satellite Broadcast Networks, Inc.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Pacific & Southern Co., Inc., et al. v. Satellite Broadcast Networks, Inc. | Ga.,N. Hall | C87-357A | | | | |
| A-2 | NBC Television Affiliates v. Satellite Broadcast Networks, INC. | Ga.,N. Hall | C87-629A | | | | |
| A-3 | National Broadcasting Co., Inc. v. Satellite Broadcast Networks, Inc. | Ga.,N. Hall | C87-421A | | | | |
| A-4 | Capital Cities/ABC, Inc., et al. v. Satellite Broadcast Networks, Inc. | N.Y.,S. Lowe | 87 Civ 495 (MJL) | | | | |
| A-5 | The CBS Television Network Affiliates Association, Inc., et al. v. Satellite Broadcast Networks, Inc. | N.Y.,S. Lowe | 87 Civ 788 (MJL) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __736__ -- __In re Copyright Litigation Involving Satellite Broadcast_____

__Networks, Inc._____

| | |
|---|---|
| SATELLITTE BEROADCAST NETWORKS, INC.<br>David H. Flint, Esquire<br>Schreeder, Wheeler & Flint<br>1600 Candler Building<br>127 Peachtree Street, N.E.<br>Atlanta, GA   30043-7501 | PACIFIC AND SOUTHERN COMPANY, INC. (A-1<br>George R. Clark, Esquire<br>      Pierson, Ball & Dowd<br>1200 18th Streeet, N.W.<br>Washington, D. C.   20036<br><br>NBC TELEVISION AFFILIATES (A-2)<br>David J. Wittenstein, Esquire<br>Dow, Lohnes & Albertson<br>1255 Twenty-Third Street, N.W.<br>Suite 500<br>Washington, D.C.   20037<br><br>NATIONAL BROADCASTING COMPANY, INC.<br>  (A-3)<br>Jerome J. Shestack, Esquire<br>Schnader, Harrison, Segal & Lewis<br>Suite 3600<br>1600 Market Street<br>Philadelphia, Pa.   19103<br><br>CAPITAL CITIES/ABC, INC.ET AL. (A-4)<br>Max O. Truitt, Jr., Esquire<br>Wilmer, Cutler & Pickering<br>2445 M Street, N.W.<br>Washington, D. C.   20037-1420<br><br>CBS TELEVISION NETWORK AFFILIATES<br>  ASSOCIATION (A-5)<br>Gregory M. Schmidt, Esquire<br>Covington & Burlington<br>1201 Pennsylvania Avenue, N.W.<br>P.O. Box 7566<br>Washington, D.C.   20044 |

JPML FORM 3

p.1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 736 -- In re Copyright Litigation Involving Satellite Broadcast Networks, Inc.

| Name of Party | Named as Party in Following Actions |
|---|---|
| SATELLITE BROADCAST NETWORKS, INC. | A-1,2,3,4,5. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |