JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -5 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 736

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COPYRIGHT LITIGATION INVOLVING SATELLITE BROADCAST NETWORKS, INC.

ORDER DENYING TRANSFER

This litigation consists of five actions listed on the attached Schedule A and pending in two federal districts as follows: three actions in the Northern District of Georgia and two actions in the Southern District of New York. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Satellite Broadcast Networks, Inc., the sole defendant in the five actions, for an order transferring the three Georgia actions to the Southern District of New York for coordinated or consolidated pretrial proceedings with the two actions pending there. Plaintiffs in the five actions oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We are not convinced that these actions involve sufficient common questions of fact to warrant transfer. While these actions may share some questions of law, in the absence of sufficient common questions of fact, transfer under Section 1407 remains inappropriate. See In re Environmental Protection Agency Pesticide Listing Confidentiality Litigation, 434 F. Supp. 1235 (J.P.M.L. 1977); In re Natural Gas Liquids Regulation Litigation, 434 F. Supp. 665 (J.P.M.L. 1977); In re Eastern Airlines, Inc. Flight Attendant Weight Program Litigation, 391 F. Supp. 763 (J.P.M.L. 1975). Furthermore, we note that pretrial proceedings in the New York actions are already well advanced, with discovery completed and potentially dispositve summary judgment motions soon to be fully briefed.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-736 -- In re Copyright Litigation Involving Satellite Broadcast Networks, Inc.</u>

   <u>Northern District of Georgia</u>

<u>Pacific and Southern Company, Inc., et al. v. Satellite Broadcast Networks, Inc., C.A. No. C87-357A</u>
<u>NBC Television Affiliates v. Satellite Broadcast Networks, Inc., C.A. No. C87-629A</u>
<u>National Broadcasting Company, Inc. v. Satellite Broadcast Networks, Inc., C.A. No. C87-421A</u>

   <u>Southern District of New York</u>

<u>Capital Cities/ABC, Inc., et al. v. Satellite Broadcast Networks Inc., C.A. No. 87 Civ 495 (MJL)</u>
<u>The CBS Television Networks Affiliates Association, Inc. v. Satellite Broadcast Networks, Inc., C. A. No. 87 Civ 788 (MJL)</u>